Henry Reynolds
P.O. Box 7443
Santa Monica, CA 90406
Tel: (310) 393-7052
Fax: (815) 550-2266
Email: henryfreynolds@gmail.com
CA Bar No. 158709

Attorney for Plaintiff
VINCENT BRAGDON

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| VINCENT BRAGDON<br><br>　　　　Plaintiff,<br>　　vs.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security<br><br>　　　　Defendant. | Case No.: 2:08-cv-02705-EFB<br><br>ORDER RE STIPULATION TO EXTEND TIME |

The parties' stipulation is hereby APPROVED. Plaintiff is granted an extension up to and including July 25, 2009, in which to file his motion for summary judgment.

DATED: June 23, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE