1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**SACRAMENTO DIVISION**

| | |
|---|---|
| VINCENT BRAGDON, ) | CIVIL NO. 2:08-CV-02705 EFB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
| Defendant. ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of 30-days to respond to Plaintiff's motion for summary judgment. The current due date was August 24, 2009, the new due date will be September 23, 2009.

The extension is necessary because the Special Assistant United States Attorney for the Commissioner has experience an unusually heavy work load for the months of July and August she has been responsible for briefing in approximately 25 district court cases, an appellate case and she has been responsible for drafting the Commissioner's recommendation for a writ of certiorari in <u>Vasquez v. Astrue</u>, 547 F.3d 1101 (9th Cir. 2008) after the July 9, 2009, decision of the Ninth Circuit declining en banc review.. The undersigned attorney for the Commissioner's heavy schedule has been occasioned by staffing shortages in the Commissioner's regional office. The Commissioner's Office of Regional Chief

Counsel recently experienced sudden departures of five senior attorneys, two of whom accepted positions as administrative law judges, which provided only a short time between the offer dates and starting dates. During this time, another senior attorney was on extended emergency medical leave and all of her cases had to be reassigned to a small number of attorneys who handle cases in her jurisdictions including the undersigned attorney for the Commissioner. The shortage of remaining attorneys able to readily brief cases has eliminated reassigning cases as a method of avoiding extensions.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 28, 2009  /s/ *Henry Reynolds*
(As authorized via email on August 27, 2009)
HENRY REYNOLDS
Attorney for Plaintiff

Dated: August 28, 2009  LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  August 31, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE